UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM JOHN PUSA, | ) CASE NO. CV 06-00195 MMM (CWx) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT FOR DEFENDANT |
| MICHAEL B. MUKASEY, Attorney General, | ) |
| Defendant. | ) |

On January 28, 2008, the court held a hearing on defendant's motion for summary judgment. Having reviewed the briefs submitted by the parties and heard oral argument, the court granted defendant's motion. Accordingly,

IT IS ORDERED AND ADJUDGED

    1. That plaintiff Abraham John Pusa take nothing by way of his complaint against defendant United States of America; and

    2. That the action be, and it hereby is, dismissed.

DATED: January 31, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE